DAVID E. MCALLISTER (CA SBN 185831)
CHRISTOPHER M. MCDERMOTT (CA SBN 253411)
JOHN B. ACIERNO III(CA SBN 257176)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail: jacierno@piteduncan.com

FILED & ENTERED

JUN 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams   DEPUTY CLERK

Attorneys for THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RFMSII 2005HS1

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re<br><br>JESUS MEJIA GONZALEZ AND NANCY ANCHONDO GONZALEZ,<br><br>Debtor(s). | Case No.  1:10-bk-10696-MT<br><br>Chapter 13<br><br>**JUDGEMENT** |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien with respect to the claim of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank N.A. as Trustee for RFMSII 2005HS1 (hereinafter referred to as "Creditor") secured by the second deed of trust on the real property commonly known as 19449 Archwood Street, Los Angeles, California 91335, and for good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim.

2. The avoidance of Creditor's second deed of trust is contingent upon Debtors' completion of a Chapter 13 Plan and receipt of a Chapter 13 discharge.

3. Upon receipt of Debtors' Chapter 13 discharge and completion of a Chapter 13 Plan, this Stipulation may be recorded by with the Los Angeles County recorder's office.

/./.

4. Creditor shall retain its lien for the full amount due under the loan documents in the event of either the dismissal of Debtors' Chapter 13 case or the conversion of Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

5. In the event that the holder of the first lien on the subject property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to Debtors' completion of a Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds from the foreclosure sale for the full amount of the amount due and owing under the loan documents.

6. Each party shall bear their own attorneys' fees and costs incurred incident to the negotiation and the preparation of the stipulation.

###

DATED: June 11, 2010

_____
United States Bankruptcy Judge

| In re: | CHAPTER 13 |
|---|---|
| Jesus Mejia Gonzalez and Nancy Anchondo Gonzalez           Debtor(s). | CASE NUMBER 1:10-bk-10696-MT |
| | BK Adv. No. |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4375 Jutland Drive, Suite 200, San Diego, CA 92117. A true and correct copy of the foregoing document described [Proposed] Stipulated Judgment Re: Avoidance of Lion
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On June 8, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 8, 2010    Kimberly Corredor | /s/ Kimberly Corredor |
|---|---|
| *Date           Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

| In re: | CHAPTER 13 |
|---|---|
| Jesus Mejia Gonzalez and Nancy Anchondo Gonzalez                                              Debtor(s). | CASE NUMBER 1:10-bk-10696-MT |
| | BK Adv. No. |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Jesus Mejia Gonzalez
Nancy Anchondo Gonzalez
19449 Archwood Street
Reseda, CA 91335
**Debtor(s)**

Anthony Egbase
800 W 1st St, Ste.400-10
Los Angeles, CA 90012
**Debtor(s) Attorney**

Elizabeth (SV) Rojas
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
**Chapter 13 Trustee**

U.S. Trustee
Department of Justice
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
**U.S. Trustee**

Honorable Maureen Tighe
Central District of California - San Fernando Valley Division
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367-6606
**Judge**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9013-3.1**

| In re:                                                       |             | CHAPTER: 13                    |
|--------------------------------------------------------------|-------------|--------------------------------|
| Jesus Mejia Gonzalez and Nancy Anchondo Gonzalez             | Debtor(s).  | CASE NUMBER: 1:10-bk-10696-MT  |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  [Proposed] Stipulated Judgment Re: Avoidance of Lien                                                                                                                                                                                      was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of                                    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jesus Mejia Gonzalez
19449 Archwood Street
Reseda, CA 91335

Nancy Anchondo Gonzalez
19449 Archwood Street.
Reseda, CA 91335

**Debtor(s)**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                           **F 9021-1.1**

| In re:<br><br>Jesus Mejia Gonzalez and Nancy Anchondo Gonzalez<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 1:10-bk-10696-MT |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

Anthony Egbase              info@anthonyegbaselaw.com

Christopher M. McDermott    ecfcacb@piteduncan.com

Christelle N. Ramseyer      bknotice@mccarthyholthus.com

Elizabeth (SV) F. Rojas     cacb_ecf_sc@ch13wla.com

United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov